# HUNT *v.* HIS CREDITORS.

A party whose assets are forty per cent. above his liabilities cannot be considered insolvent.

Appeal from the County Court of Siskiyou County.

Samuel Hunt petitioned the County Court of Siskiyou county for a discharge from his debts, under the Insolvent Law, and in his petition states his liabilities to amount to one thousand dollars, and his assets to three thousand five hundred dollars. Pierson and Hulbert, creditors named in petitioner's schedule, filed their opposition to the discharge of the petitioner from his debts, on the ground that the facts set up in the petition did not constitute and make petitioner an insolvent debtor. The Court below sustained the objection of the creditors, and refused to discharge the petitioner. Petitioner appealed.

No briefs on file.

TERRY, C. J., delivered the opinion of the Court—BURNETT, J., concurring.

The facts stated in the complaint are not sufficient to entitle the party to his discharge under the Insolvent Act. The act provides for the discharge of insolvent debtors, and of no others. A party whose assets are forty per cent. above his liabilities cannot be considered insolvent.